UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :      INDICTMENT
         - v. -                  :
                                 :      15 Cr. CRIM 340
CHRISTOPHER LONDONIO, and        :
PASQUALE MAIORINO,               :
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 4 2015

**COUNT ONE**

The Grand Jury charges:

1. On or about November 8, 2014, in the Southern District of New York, CHRISTOPHER LONDONIO, the defendant, who was subject to a court order that was issued by the Greenburgh Town Court on or about October 16, 2014, after a hearing of which LONDONIO received actual notice, and at which LONDONIO had an opportunity to participate, that restrained LONDONIO from harassing, stalking, and threatening an intimate partner of LONDONIO, and that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting commerce firearms, to wit, (1) a Hi-Point Model C9 9 mm pistol, and (2) a

Glock Model 22 .40-caliber pistol, both of which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).)

### COUNT TWO

The Grand Jury further charges:

2. On or about November 8, 2014, in the Southern District of New York, PASQUALE MAIORINO, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce firearms, to wit, (1) a Hi-Point Model C9 9 mm pistol, and (2) a Glock Model 22 .40-caliber pistol, both of which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).)

_____  
Foreperson

_____  
PREET BHARARA  
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER LONDONIO, and
PASQUALE MAIORINO,

Defendants.

INDICTMENT

15 Cr.

(18 U.S.C. §§ 922(g))

_____
Foreperson.

PREET BHARARA
United States Attorney.

6/4/15 - Filed Indictment
Case assigned to Judge Marrero
Judy Meras